# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| TERRY DAVIS ARMWOOD, JR., TERRY DAVIS ARMWOOD, SR., and RAMONA ARMWOOD, <br><br>  Plaintiffs, <br><br> v. <br><br> NORTH CAROLINA FARM BUREAU MUTUAL INSURANCE COMPANY, INC., <br><br>  Defendant. | **JUDGMENT IN A CIVIL CASE** <br> **7:11-CV-201-BO** |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss [D.E. 9] is GRANTED and Defendant's Motion to Strike [D.E.13] is DENIED AS MOOT.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>April 24, 2012</u> WITH A COPY TO:

Frank A. Cassiano, Jr. (Via CM/ECF electronic notification)
Glenn C. Raynor (via CM/ECF electronic notification)


<u>April 24, 2012</u>                         JULIE A. RICHARDS, Clerk
Date                                  Eastern District of North Carolina

                                               /s/ Debby Sawyer
                                               (By) Deputy Clerk

Raleigh, North Carolina