# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| TERRY DAVIS ARMWOOD, JR., TERRY DAVIS ARMWOOD, SR., and RAMONA ARMWOOD, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>NORTH CAROLINA FARM BUREAU MUTUAL INSURANCE COMPANY, INC., )<br>)<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>7:11-CV-201-BO |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss [D.E. 9] is GRANTED and Defendant's Motion to Strike [D.E.13] is DENIED AS MOOT.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>April 24, 2012</u> WITH A COPY TO:

Frank A. Cassiano, Jr. (Via CM/ECF electronic notification)
Glenn C. Raynor (via CM/ECF electronic notification)


| | |
|---|---|
| <u>April 24, 2012</u><br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina |
| | /s/ Debby Sawyer<br>(By) Deputy Clerk |
| Raleigh, North Carolina | |